JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVINA BOGAN, | ) CASE NO. CV 09-07234-MMM(PLAx) |
| Plaintiff(s), | ) |
| vs. | ) ORDER DISMISSING CIVIL ACTION |
| PHILLIPS & COHEN ASSOCIATES, LTD., | ) |
| Defendant(s). | ) |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __40__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED:  July 21, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE